**Edward J. VANN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

No. 04–3046.

United States Court of Appeals,
Federal Circuit.

April 20, 2004.

Edward J. Vann, of Counsel, Willing-boro, NJ, pro se.

Brian S. Smith, Principal Attorney, Mark A. Melnick, David M. Cohen, of Counsel, Washington, DC, for Respondent.

SCHALL, Circuit Judge.

*ORDER*

Edward J. Vann moves for reconsideration of the court's February 12, 2004 order dismissing his petition for review for failure to file a brief.

Vann has since submitted a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted, the dismissal order is vacated, and the mandate is recalled.

(2) The United States Postal Service's brief is due within 21 days of the date of the filing of this order.